IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| VERONICA SANDOVAL,<br><br>             Plaintiff,<br><br>vs.<br><br>OFC. JOHN PEDEN (IN HIS INDIVIDUAL CAPACITY), CHIEF MARK MONTGOMERY, in his individual and official capacities; CITY OF COZAD, a Nebraska political subdivision; and OFC. JOHN PEDEN (IN HIS OFFICIAL CAPACITY),<br><br>             Defendants. | **4:22CV3074**<br><br>**ORDER** |

IT IS ORDERED:

1) The motion to withdraw filed by Maren L. Chaloupka, as counsel of record for Plaintiff (Filing No. 24), is granted. Maren L. Chaloupka shall no longer receive electronic notice in this case.

2) On or before December 5, 2022, Plaintiff shall either: (a) obtain the services of counsel and have that attorney file an appearance in this case; or (b) file a statement notifying the court of her intent to litigate this case without the assistance of counsel. The failure to do so may result in dismissal of Plaintiff's claims without further notice.

3) The parties' Rule 26(f) Report deadline is stayed pending further order of the court.

4) The Clerk shall mail a copy of this order to Plaintiff and to her public defender at the following addresses:

Veronica Sandoval
410 E. 7th Street
Cozad NE, 69138

Derek Mitchell
P.O. Box 460
Lexington, NE 68850-0460

Dated this 6th day of October, 2022.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge