IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| VERONICA SANDOVAL,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>OFC. JOHN PEDEN (IN HIS INDIVIDUAL CAPACITY), CHIEF MARK MONTGOMERY, in his individual and official capacities; CITY OF COZAD, a Nebraska political subdivision; and OFC. JOHN PEDEN (IN HIS OFFICIAL CAPACITY),<br><br>　　　　　Defendants. | **4:22CV3074**<br><br>**FINDINGS AND RECOMMENDATION** |

　　　In September 2022, the parties filed a joint motion to extend the Rule 26(f) Report deadline to October 6, 2022, and the motion was granted by text order. (Filing No. 22, Filing No. 23). On October 6, 2022, Plaintiff's counsel filed a motion to withdraw stating that she had been unable to consistently maintain meaningful contact with Plaintiff through telephone, email, or Plaintiff's public defender. (Filing No. 24).

　　　Plaintiff's former counsel was granted leave to withdraw on October 6, 2022. (Filing No. 25).  The order granting counsel's leave to withdraw gave Plaintiff until December 5, 2022 to either a) obtain the services of counsel and have that attorney file an appearance in this case; or (b) file a notice of intent to pursue this case without the assistance of counsel.  Plaintiff was also warned that failure to comply with the court's order may result in a dismissal of Plaintiff's claims without further notice. (Filing No. 25).  The order was mailed to Plaintiff at her last known address. It was also mailed to her public defender. The mailing to Plaintiff was returned as undeliverable and it was not remailed as no forwarding address has been provided.

([Filing No. 26](#)). To date, no response has been filed by Plaintiff or by counsel on Plaintiff's behalf.

The Local Rules provide "At any time, after appropriate notice, a case not being prosecuted with reasonable diligence may be dismissed for lack of prosecution." See NECivR 41.2. Although the court has provided appropriate notice, Plaintiff has been unreachable and/or unresponsive. The Local Rules require litigants to keep the court apprised of any changes in their contact information and Plaintiff has not done so. See NEGenR 1.3(e) and (g).

Accordingly,

IT IS RECOMMENDED to the Honorable John M. Gerrard, United States District Judge, , pursuant to 28 U.S.C. § 636(b), that Plaintiff Veronica Sandoval's claims be dismissed for want of prosecution and without further notice.

The parties are notified that failing to file an objection to this recommendation as provided in the local rules of this court may be held to be a waiver of any right to appeal the court's adoption of the recommendation.

IT IS FURTHER ORDERED: The clerk shall mail a copy of this recommendation to Plaintiff at the address of record.

Dated this 12th day of December, 2022.

                                                    BY THE COURT:

                                                    *s/ Cheryl R. Zwart*
                                                    United States Magistrate Judge