IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| VERONICA SANDOVAL,<br><br>           Plaintiff,<br><br>vs.<br><br>OFC. JOHN PEDEN, in his individual and official capacities, et al.,<br><br>           Defendants. | 4:22-CV-3074<br><br>MEMORANDUM AND ORDER |

    This matter is before the Court on the Magistrate Judge's findings and recommendation that this case be dismissed for want of prosecution. Filing 28. involuntary dismissal for failure to comply with the Court's order or failure to prosecute is within the Court's discretion. Fed. R. Civ. P. 41(b); *see Schooley v. Kennedy*, 712 F.2d 372, 373-74 (8th Cir. 1983). And there has been no objection to the findings and recommendation, meaning that the plaintiff has waived her right to *de novo* review. *See* 28 U.S.C. § 636(b)(1); NECivR 72.2; *United States v. Wise*, 588 F.3d 531, 537 n.5 (8th Cir. 2009). Accordingly,

    IT IS ORDERED:

1. The Magistrate Judge's findings and recommendation (filing 28) are adopted.

2. The plaintiff's complaint is dismissed without prejudice.

3. A separate judgment will be entered.

Dated this 30th day of December, 2022.

BY THE COURT:

John M. Gerrard
United States District Judge